# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick O'Rourke, | No. CV-22-01861-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Bureau of Medical Economics, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Appear Telephonically at the Case Management Conference set for January 24, 2023. (Doc. 12). In the Order setting the Rule 16 Case Management Conference (Doc. 11), the Court specifically stated, "Counsel showing good cause may file a stipulation for telephonic appearance not less than five business days prior to this conference." Plaintiff instead filed a motion, which does not indicate whether his request is stipulated or opposed.

Accordingly,

…

…

…

…

…

…

…

1     **IT IS ORDERED** Plaintiff's Motion (Doc. 12) is **DENIED**. Plaintiff may refile a
2 stipulation for telephonic appearance or an amended motion indicating that Defendants
3 oppose his request not less than five business days prior to the Case Management
4 Conference.
5     Dated this 10th day of January, 2023.

                                            Honorable Roslyn O. Silver
                                            Senior United States District Judge